Certificate Number: 05781-UT-DE-041299954

Bankruptcy Case Number: 26-24831



05781-UT-DE-041299954

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 6, 2026</u>, at <u>9:04</u> o'clock <u>PM PDT</u>, <u>Sandra Tanner</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of Utah</u>.

Date:   <u>August 7, 2026</u>         By:     <u>/s/Allison M Geving</u>

                                Name:   <u>Allison M Geving</u>

                                Title:   <u>President</u>